UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JAN 1 7 2006

W. Yvonne Evans, Clerk
By:_____
Deputy Clerk

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JEANETTE MCCARTER, | ) | CASE NO. 04-92850-pwb |
| | ) | |
| Debtor | ) | |
| | ) | |
| Jeanette McCarter | ) | JUDGE BONAPFEL |
| | ) | |

MOTION TO DISBURSE FUND

1) Debtor is seeking the disbursement of fund in the amount of Twelve Thousand Dollars. ($12,000.00) of fund held in court register. The funds will be used as follow:

1. Payment of Debtor Office rental expense
2. Payment for Business advertisement
3. Payment of Debtor personal expense
4. Payment for Debtor Office Utilities
5. Payment of Debtor other operational business expenses

1) All debtor current claims are secured.
2) The Internal Revenue Service Claim is also secured.

*[signature: Jeanette McCarter]*
Jeanette McCarter
P.O. Box 2981
Atlanta, Ga. 30301
770-256-7131

Certificate of Service

The undersigned hereby certifies that he has served a copy of the foregoing status

Report upon the following by depositing in the United States Mail with adequate postage Thereon and addressed as follows:

Leroy Culton, Esq.
Attorney for U.S. Trustee
362 Richard Russell Building
75 Spring Street SW
Atlanta, Ga. 30303

Internal Revenue Service
Attn. Faye Grandville
401 W. Peachtree Street
Room 400, Stop 334-D
Atlanta, Ga. 30308

John D. Schlotter Esq.
McCalla, Raymer, Padrick, Cobb, Nichols, & Clarks, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

Gene R. Clark Esq.
Miller & Clark Service, Inc f/k/a House hold Bank Financial Service Inc.
Household Financial Services Inc.
1270 Northland Drive, Suite 200
Mendota Heights, MN 55120