UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JEANETTE McCARTER, | ) | CASE NO. 04-92850-pwb |
| | ) | |
| Debtor. | ) | JUDGE BONAPFEL |

APPLICATION FOR DISBURSEMENT
OF REGISTRY FUNDS PURSUANT TO COURT ORDER

Applicant Robert J. Slobig, pursuant to the Court's order of March 30, 2006, respectfully applies to the Clerk of the Court for disbursement from the Registry Funds in this matter of the sum of $7,632.31, stating as follows:

1. The Court on March 30, 2006 entered an order allowing attorney's fees in the amount of $7444.25 and expenses in the amount of $188.06, as final compensation for services performed by the Applicant for the Debtor, and the Court found that these amounts are payable from the Registry Funds identified in the Court's order of March 6, 2006. (A true copy of the March 30, 2006 order is attached hereto.)

2. Pursuant to the March 30, 2006 order, this application for disbursement of the Registry Funds in these amounts is made with notice to Patria Partners LLC, through its counsel of record.

3. Applicant thus respectfully requests disbursement from the Registry Funds in the total amount of $7,632.31

Respectfully submitted,

Robert J. Slobig
IL. Bar No. 6183120

Robert J. Slobig
TORSHEN, SLOBIG, GENDEN,

DRAGUTINOVICH & AXEL, LTD.
105 West Adams Street, Suite 3200
Chicago, IL 60603
312/372-9282
Fax 312/372-7914

## DISTRIBUTION LIST

Jeanette McCarter
PO Box 2981
Atlanta, GA 40401

Milo S. Cogan
McGuire Woods LLP
1170 Peachtree Street, Suite 2100
Atlanta, GA 30309
(Counsel for Patria Partners LLC)

Leroy Culton
United States Trustee
75 Spring Street, S.W., Room 362
Atlanta, GA 30303

ENTERED ON DOCKET

APR 3 - 2006

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JEANETTE McCARTER, | ) | CASE NO. 04-92850-pwb |
| | ) | |
| Debtor. | ) | JUDGE BONAPFEL |

### ORDER GRANTING APPLICATION
### OF ROBERT J. SLOBIG FOR FINAL COMPENSATION

This case was reopened on March 9, 2006 for consideration of the March 2, 2006 Application for Final Compensation of Robert J. Slobig, an attorney who represented the Debtor in certain litigation in the Circuit Court of Cook County, Illinois.

Due notice was given and a hearing was held on March 28, 2006. The Debtor, Ms. McCarter, was present in person. Mr. Slobig appeared by telephone. Based on the record before the Court, and for the reasons announced at the hearing, it is hereby ORDERED AND ADJUDGED as follows:

1.  The Court finds that estate funds remain in the jurisdiction of the Court (see Order With Regard to Disbursement of Registry Funds, entered March 6, 2006), that the application is relevant thereto, and that there is no objection to a determination by the Court of final compensation for the Applicant.

2.  The Court has considered the application, the Response and Opposition filed by the Debtor, and the statements of the Applicant and the Debtor made in open court at the hearing. After reducing the amount requested for certain adjustments and credits, the Court allows attorney's fees in the amount of $7444.25 and expenses in the amount of $188.06 as final compensation for services performed for the Debtor.

023659

3.  The amounts hereby allowed are payable from the Registry Funds identified in the Court's order of March 6, 2006, subject to the claims of Patria Partners LLC, or any other claimant, upon the Registry Funds. The Applicant is given leave to file an application for disbursement of the Registry Funds in these amounts, with notice to Patria Partners LLC.

IT IS SO ORDERED THIS ___ day of March, 2006.

PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST

Jeanette McCarter
PO Box 2981
Atlanta, GA 40401
Fax: 404/222-9526

Milo S. Cogan
McGuire Woods LLP
1170 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Fax: 404/443-5758

Leroy Culton
United States Trustee
75 Spring Street, S.W., Room 362
Atlanta, GA 30303
Fax: 404/331-4464

Robert J. Slobig
105 West Adams Street, Ste. 3200
Chicago, Illinois 60603
Fax: 312/372-7914

2

023659    19408023707018

STATE OF ILLINOIS         )
                          ) SS
COUNTY OF COOK            )

### AFFIDAVIT OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and says that she served a copy of the foregoing, Application for Disbursement of Registry Funds Pursuant to Court Order and all papers incorporated therein by placing a true and correct copy in a properly addressed envelope to persons on the distribution list, with proper prepaid postage affixed thereto and depositing the same in the United States Postal receptacle located at 105 W. Adams Street, Chicago, Illinois, 60603, this 15th day of November, 2007.

/s/ Patricia Dull

SUBSCRIBED AND SWORN TO
before me this 15th day of
November, 2007.

/s/ Richard W. Burke
Notary Public

OFFICIAL SEAL
RICHARD W BURKE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/10/10