UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JEANETTE McCARTER | : | CASE NO. 04-92850-PWB |
| | : | |
| Debtor | : | |

### ORDER

It appearing to the court that the funds now being held in an interest bearing account should be transferred to the Treasury Account for Unclaimed Money, FUND 6133BK, it is

ORDERED that the principal sum of $9,263.16 in the Registry of the Court be paid into the United States Treasury account for Unclaimed Moneys, FUND 6133BK; that the fee for the administration of these funds be paid from the interest accrued to the Treasury of the United States, Special Fund 510100 - Registry Fee; and, that the remaining interest be paid to the Treasury of the United States, General Fund 143500 - Interest on Deposits.

IT IS SO ORDERED, this the 23 day of November, 2010.

Paul W. Bonapfel
U.S. Bankruptcy Court Judge